UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Troy K. Scheffler,                                      Case No. 19-cv-1398 (PAM/LIB)

            Plaintiff,

v.                                                                          **ORDER**

Comenity Bank,

            Defendant.

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Docket No. 8).

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 14, 2019

                                                    *s/ Paul A. Magnuson*
                                                      Paul A. Magnuson
                                                      United States District Court Judge